Akin Gump Strauss Hauer & Feld LLP
Attn: Christopher Spicer
1999 Avenue of the Stars Ste 600
Los Angeles, CA 90067


Aperture Media Partners
Danny Mandel
dan@aperturemediapartners.com


Aperture Media Partners
Rayn Fine
finer@aperturemediapartners.com


Bank Hapoalim
Steven Brennan
sbrennan@bhiusa.com


Bank of America
Sharad Bhatt
sharad.ghatt@bofa.com


Bank of America
Harold Lim
harold.lim@bofa.com


Caprice Capital
Joe Li
jli@capricecapital.com


CIT
Chris Petrocelli
christopher.petrocelli@cit.com


CIT
Azcharay Nergron
zachary.negron@cit.com


City National Bank
Judy Tu
judy.tu@cnb.com


City National Bank
Mike Rosenheck
mikerosenheck@cnb.com

```
Comercia Bank
dpreidel@comerica.com


Comerica
Adam Korn
ajkorn@comerica.com


Comerica
David Shaver
dashaver@comerica.com


Comerica Entertainment Group
Comerica Bank Attn: Derek Reidel
2000 Avenue of the Stars 2nd Floor
Los Angeles, CA 90067


Comerica Entertainment Group
dpreidel@comerica.com


Department of Treasury, IRS
6230 Van Nuys Blvd
Van Nuys, CA 91401


Department of Treasury, IRS
300 N Los Angeles St
Los Angeles, CA 90012


Department of Treasury, IRS
1555 Poydras St
New Orleans, LA 70112


Diversified Finanacial Management Corp
71 South Walker Dr Ste 4700
entities@divfin.com
Chicago, IL 60606


DNS Capital, LLC
400 Michigan Ave
Ste 1700
Chicago, IL 60611


East West Bank
Jeff Zaks
jeffrey.zaks@eastwestbank.com
```

```
East West Bank
Jodi Chong
jodi.chong@eastwestbank.com


Frankfurt Kurnit Klein & Selz PC
Attn: Hayden Goldblatt
28 Liberty St 35th Floor
New York, NY 10005


Frankfurt Kurnit Klein & Selz PC
Attn: Sasha Levites
28 Liberty St 35th Floor
New York, NY 10005


Gibson, Dunn & Crutcher LLP
Attn: Stephen E. Tsoneff
2029 Century Park East Ste 4000
Los Angeles, CA 90067


Greeland Film 2 S.C.S
c/o Anton Capital Entertainment GP
yvon.lauret@adeis.lu
maurits.desmedt@quaestormundi.com


Greenland Film 2.S.C.S
c/o Anton Capital Entertainment Group
Attn: Yvon Lauret
S.a.r.l., 24 rue Astrid
L-1143, Luxembourg


Greenland Film 2.S.C.S
c/o Anton Capital Entertainment Group
Attn: Maurtis de Smedt
S.a.r.l., 24 rue Astrid
L-1143, Luxembourg


Greenland Film 2.S.C.S
c/o Anton Capital Entertainment Group
Attn: Sebastein Raybaud
S.a.r.l., 24 rue Astrid
L-1143, Luxembourg


Greenland Film 2.S.C.S
c/o Anton Capital Entertainment Group
Attn: Nic Marsden
S.a.r.l., 24 rue Astrid
L-1143, Luxembourg
```

```
Greenland Film 2.S.C.S
c/o Anton Capital Entertainment Group
Attn: Fanny Soulier
S.a.r.l., 24 rue Astrid
L-1143, Luxembourg


Greenland Film 2.S.C.S
c/o Anton Capital Entertainment Group
kgeraghty@antoncorp.com
sraybaud@antoncorp.com


Greenland Film 2.S.C.S
c/o Anton Capital Entertainment Group
nmarsden@antoncorp.com
fsoulier@antoncorp.com


J.P. Morgan Chase Bank, N.A.
Attn: Gerardo Loera
2029 Centrury Park East
38th Floor
Los Angeles, CA 90067


J.P. Morgan Chase Bank, N.A.
Attn: Gerado Loera
gerardo.b.loera@jpmorgan.com


J.P. Morgan Loan Services
Attn:  Loan & Agency Services Group
10 South Dearborn
Floor L2S
Chicago, IL 60603-2300


J.P. Morgan Securtities LLC
Attn:  David Shaheen
2029 Centry Park East
38th Floor
Los Angeles, CA 90067


J.P. Morgan Securtities LLC
Attn:  David Shaheen
david.shaheen@jpmorgan.com


JP Morgan
Darian Singer
darian.a.signer@jpmorgan.com
```

```
JP Morgan
Phil Martin
phil.martin@chase.com


Madison Wells Media
Attn:  Clint Kisker
2049 Century Park East
Suite 940
Los Angeles, CA 90067


Madison Wells Media
Attn:  Clint Kisker
ckisker@madisonwells.com


Morgan, Lewis & Bockius LLP
Attn:  Chris Owen
101 Park Avenue
New York, NY 10178


Morgan, Lewis & Bockius LLP
michael.chapnick@morganlewis.com
christopher.owens@morganlewis.com


Office of the Attorney General
State of Louisiana/Jeff Landry
ConstituentServices@ag.louisiana.gov
1885 North Third Street
Baton Rouge, LA 70804


Red Fish Blue Fish, LLC
Attn: Derek Arend
101 South Ried Street
Suite 307 (Office 313)
Sioux Falls, SD 57103


Red Fish Blue Fish, LLC
entities@udqptc.com; darend@upqptc.com
shairston@dnscap.com
DNS.STX@dnscap.com


Seer Capital Partners
1177 Sixth Avenue
New York, NY 10036
```

```
Sidley Austin LLP
Attn: Anne C. Wallis
awallis@sidley.com
One South Dearborn
Chicago, IL 60603


STX Louisiana, LLC
1722 Dublin St
New Orleans, LA 70118


The Najafi Companies
Peter Keane
peter@najafi.com


Union Bank
Mike Richman
mrichman@us.mufg.jp


Union Bank
Bryan LaCour
bryan.lacour@unionbank.com


US Trustee for the ED of Louisiana
400 Poydras Street, Suite 2100
Attn: Amanda George
Amanda.B.George@usdoj.gov
New Orleans, LA 70130


US Trustee for the ED of Louisiana
400 Poydras Street, Suite 2110
Attn:  Mary Langston
Mary.Langston@usdoj.gov
New Orleans, LA 70130
```