# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF LOUISIANA

| | )  |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| FSO JONES, LLC[1] | ) Case No. 22-10196 |
| | ) |
| Debtor. | ) |
| | ) |

**NOTICE OF DESIGNATION AS COMPLEX CHAPTER 11 BANKRUPTCY CASE**

This bankruptcy case was filed on February 28, 2022. The undersigned party in interest believes that this chapter 11 case qualifies as a complex Chapter 11 case because:

__X__ The debtor has total debt of more than $10 million;

_____ There are more than 50 parties in interest in this case;

_____ Claims against the debtor are publicly traded;

_____ Other.

---

[1] The debtor in this chapter 11 case, along with the last four digits the debtor's federal tax identification number, is: FSO Jones, LLC (4300). The location of the debtor's service address for purposes of this chapter 11 case is: 3900 W. Alameda Ave., 32nd Floor, Burbank, CA 91505.

KE 84300701

Dated: February 28, 2022

| | |
|---|---|
| */s/ Douglas S. Draper* | |
| **HELLER, DRAPER & HORN, LLP** | **KIRKLAND & ELLIS LLP** |
| Douglas S. Draper | **KIRKLAND & ELLIS INTERNATIONAL LLP** |
| 650 Poydras Street, Suite 2500 | Anup Sathy, P.C. (*pro hac vice* pending) |
| New Orleans, Louisiana 70130 | Chad J. Husnick, P.C. (*pro hac vice* pending) |
| Telephone: (504) 299-3300 | Whitney Fogelberg (*pro hac vice* pending) |
| Email: ddraper@hellerdraper.com | 300 North LaSalle Street |
| | Chicago, Illinois 60654 |
| | Telephone: (312) 862-2000 |
| | Facsimile: (312) 862-2200 |
| | Email: anup.sathy@kirkland.com |
| | chad.husnick@kirkland.com |
| | whitney.fogelberg@kirkland.com |
| | |
| *Proposed Co-Counsel to the Debtor* | *Proposed Co-Counsel to the Debtor* |
| *and Debtor in Possession* | *and Debtor in Possession* |