**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| FSO JONES, LLC, | ) | Case No. 22-10196 |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Tax I.D. No. 47-2434300 | ) | |
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| MIGRATION PRODUCTIONS I LA, LLC, | ) | Case No. 22-10288 |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Tax I.D. No. 88-0892103 | ) | |

**REQUEST FOR EMERGENCY CONSIDERATION OF**
**CERTAIN "FIRST-DAY" MATTERS**

The bankruptcy cases for Debtor FSO Jones, LLC and for Debtor Migration Productions I LA, LLC were filed on February 28, 2022 and March 18, 2022, respectively, in each case seeking relief under chapter 11 of title 11 of the United States Code. An *Order Granting Complex Chapter 11 Bankruptcy Case Treatment* was entered in the FSO Jones, LLC case on March 2, 2022 [Docket No. 15]. Counsel for the Debtors believes that these cases, for which joint administration has been requested, qualify as a "Complex Case" as defined in the Procedures for Complex Chapter 11 Cases of this Court and has requested designation of the Migration Productions I LA, LLC case as such in the *Debtors' Expedited Motion for Entry of an Order (I) Directing Joint Administration of the Debtors' Chapter 11 Cases and (II) Granting Related Relief*, filed contemporaneously herewith.

{00377680-1}

The Debtors respectfully request emergency consideration of the following initial case matters to be heard on **Wednesday, March 23, 2022 at 1:00 pm. with objections due on or before Tuesday, March 22, at 5:00 p.m.** on this Court's hearing calendar:

| | |
|---|---|
| __X__ | **Joint Motion for Joint Administration** |
| _____ | **Motion For Order Extending Time to File Schedules and Statement of Financial Affairs** |
| _____ | **Motion To Pay Prepetition Wages and Salaries** |
| _____ | **Motion Regarding Maintenance of Bank Accounts and Existing Cash Management** |
| _____ | **Motion for Entry of Interim Order Authorizing Use of Cash Collateral** |
| _____ | **Motion for Interim Approval of Post-Petition Secured and Superpriority Financing Pursuant to § 364 of the Bankruptcy Code** |
| _____ | **Motion Pursuant to § 366 of the Bankruptcy Code for Entry of Interim Order (1) Determining Adequate Assurance of Payment for Future Utility Services and (2) Restraining Utility Companies from Discontinuing, Altering, or Refusing Service** |
| _____ | **Motion to Limit Notice Procedures** |
| _____ | **Motion for Order Approving Interim Retention of Professionals** |

New Orleans, Louisiana
March 21, 2022

*/s/ Douglas S. Draper*

| | |
|---|---|
| **HELLER, DRAPER & HORN, LLP** | **KIRKLAND & ELLIS LLP** |
| Douglas S. Draper | **KIRKLAND & ELLIS INTERNATIONAL LLP** |
| 650 Poydras Street, Suite 2500 | Anup Sathy, P.C. (admitted *pro hac vice*) |
| New Orleans, Louisiana 70130 | Chad J. Husnick, P.C. (admitted *pro hac vice*) |
| Telephone: (504) 299-3300 | Whitney Fogelberg (admitted *pro hac vice*) |
| Email: ddraper@hellerdraper.com | 300 North LaSalle Street |
| | Chicago, Illinois 60654 |
| | Telephone: (312) 862-2000 |
| | Facsimile: (312) 862-2200 |
| | Email: anup.sathy@kirkland.com |
| | chad.husnick@kirkland.com |
| | whitney.fogelberg@kirkland.com |
| | |
| *Proposed Co-Counsel to the Debtors* | *Proposed Co-Counsel to the Debtors* |
| *and Debtors in Possession* | *and Debtors in Possession* |

{00377680-1}