# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF LOUISIANA

| | ) | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| FSO JONES, LLC, *et al.*,[1] | ) | Case No. 22-10196 |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 9010-1(b) and the attached certification, the undersigned counsel moves for the admission *pro hac vice* of Casey McGushin of Kirkland & Ellis LLP and Kirkland & Ellis International LLP, 300 North LaSalle, Chicago, Illinois 60654, to represent the above-captioned debtor and debtor in possession in the above-captioned case and any and all adversary proceedings commenced therein.

Dated: May 12, 2022 　　　/s/ Douglas S. Draper
　　　　　　　　　　　　　Douglas S. Draper
　　　　　　　　　　　　　HELLER, DRAPER & HORN, LLP
　　　　　　　　　　　　　650 Poydras Street, Suite 2500
　　　　　　　　　　　　　New Orleans, Louisiana

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 9010-1(b), I certify that I am eligible for admission to this Court, am admitted, practicing, and in good standing as a member of the Bar of the State of Illinois, and am admitted to practice before the United States District Court for the Northern District of Illinois, and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with the Standing Order for District Court Fund effective September 1, 2016. I further certify that the annual fee of $25.00 has been paid to the Clerk of the Court for the District Court

　　　　　　　　　　　　　/s/ Casey McGushin
　　　　　　　　　　　　　Casey McGushin
　　　　　　　　　　　　　KIRKLAND & ELLIS LLP
　　　　　　　　　　　　　KIRKLAND & ELLIS INTERNATIONAL LLP
　　　　　　　　　　　　　300 North LaSalle
　　　　　　　　　　　　　Chicago, Illinois 60654
　　　　　　　　　　　　　Telephone:　(312) 862-2000
　　　　　　　　　　　　　Facsimile:　(312) 862-2200
　　　　　　　　　　　　　Email: casey.mcgushin@kirkland.com

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: FSO Jones, LLC (4300); and Migration Productions I LA, LLC (2103). The location of the Debtors' service address for purposes of these chapter 11 cases is: 3900 W. Alameda Ave., 32nd Floor, Burbank, California 91505.

## **ORDER GRANTING MOTION**

IT IS HEREBY ORDERED THAT counsel's motion for admission *pro hac vice* is granted.