UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: | § § § § § § § | CASE NO: 22-10196 |
| FSO JONES, LLC, *et al,*[1] | | CHAPTER 11 |
| DEBTORS. | | SECTION A |

# ORDER GRANTING EX PARTE MOTION FOR ADMISSION OF COUNSEL TO APPEAR *PRO HAC VICE*

Considering the Ex Parte *Motion and Order For Admission Pro Hac Vice* (the "Motion"), [ECF Doc. 174], submitted on behalf of Casey McGushin,

**IT IS ORDERED** that the Motion is **GRANTED**.

**IT IS FURTHER ORDERED** that Casey McGushin be and is hereby admitted as a visiting attorney *pro hac vice* to the bar of this Court in this matter.

**IT IS FURTHER ORDERED** that movant shall serve this Order on the required parties who will not receive a copy through the ECF system pursuant to the FRBP and the LBRs and file a certificate of service to that effect within three (3) days.

New Orleans, Louisiana, July 13, 2022.

_____
MEREDITH S. GRABILL
UNITED STATES BANKRUPTCY JUDGE

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: FSO Jones, LLC (4300); and Migration Productions I LA, LLC (2103). The location of the Debtors' service address for purposes of these chapter 11 cases is: 3900 W. Alameda Ave., 32nd Floor, Burbank, California 91505.